UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RITA BROWN | CIVIL ACTION |
| VERSUS | NO. 10-852 |
| JABEZ SPORTS CLIPS LA, LLC | SECTION "N" (1) |

### ORDER AND REASONS

Presently before the Court is the Motion for Leave to File Motion for Summary Judgment by Jabez Sport Clips, LA, LLC (Rec. Doc. 29). Given the delayed course of discovery in this matter, including Plaintiff's counsel's taking of Ms. Grabert's deposition on August 5, 2011, **IT IS ORDERED** that the motion is **GRANTED**. All counsel are reminded, however, that discovery extensions agreed to by the parties should always take into account other deadlines that have been established by the Court to facilitate the timely and appropriate disposition cases by motion practice or trial. And, when parties cannot timely resolve discovery disputes, despite good faith efforts, counsel are to seek appropriate relief from the assigned magistrate judge.

**IT IS FURTHER ORDERED** that a memorandum in opposition to the motion for summary judgment is to be submitted by Plaintiff on or before Friday, September 16, 2011. Any reply memorandum must be then submitted as soon as possible, but no later than Tuesday, September 20, 2011. Unless otherwise ordered, or unless the Court is advised that no reply is

warranted, the motion shall be taken under submission, and considered based on the parties' written submissions, as of Tuesday, September 20, 2011.

      New Orleans, Louisiana, this 6th day of September 2011.

                                      _____
                                      KURT D. ENGELHARDT
                                      UNITED STATES DISTRICT JUDGE

**Clerk to Copy**:
Magistrate Judge Sally Shushan